Submitted on petition for review July 1, petition for review allowed; decision of Court of Appeals reversed and case remanded to circuit court for further proceedings October 8, 1992

FELIX RAYO SANCHEZ,
*Petitioner on Review,*

*v.*

Manfred MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent on Review.*

(CC 91-C-10094; CA A70031; SC S39337)

838 P2d 71

Jay Edwards, Salem, filed the petition for petitioner on review.

No appearance *contra.*

## MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is reversed, and the case is remanded to the circuit court for further proceedings. *See Boone v. Wright,* 314 Or 135, 836 P2d 727 (1992) (holding that the 1989 amendment to ORS 138.510(2) does not apply to persons whose convictions became final before August 5, 1989).